In The

# *Court of Appeals*

# *Ninth District of Texas at Beaumont*

_____

## NO. 09-25-00239-CV
_____

## IN RE JUSTIN SMITH

**Original Proceeding**
**172nd District Court of Jefferson County, Texas**
**Trial Cause No. 25DCCV1158**

## MEMORANDUM OPINION

Justin Smith, purporting to appear pro se, on behalf of himself and LIVT, Corp., filed a petition for a writ of mandamus and a supplemental petition for a writ of mandamus. The Clerk of the Court notified Smith of specific deficiencies in the petitions and directed him to file a compliant petition by August 1, 2025. Smith failed to correct the deficiencies in the mandamus petitions.

An appellate court must deny mandamus relief if the petition fails to comply with the requirements of Rule 52 in such a manner that the appellate court is precluded from conducting a meaningful review of the trial court's order. *See In re Layton*, No. 07-07-0490-CV, 2007 WL 4531939, at *1 (Tex. App.—Amarillo Dec.

19, 2007, orig. proceeding) (mem. op.). Accordingly, we deny the petition for a writ of mandamus and supplemental petition for a writ of mandamus without prejudice.

PETITION DENIED.

PER CURIAM

Submitted on August 27, 2025
Opinion Delivered August 28, 2025

Before Johnson, Wright and Chambers, JJ.